# Order

Michigan Supreme Court
Lansing, Michigan

October 30, 2019

160164 & (25)
160166 & (20)


NICHOLAS DAVID BURNETT,
   Plaintiff-Appellee,

v

TRACY LYNN AHOLA,
   Defendant-Appellant,
and

DEREK AHOLA,
   Defendant.

_____/

NICHOLAS DAVID BURNETT,
   Plaintiff-Appellee,

v

TRACY LYNN AHOLA,
   Defendant,
and

DEREK AHOLA,
   Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160164
COA: 349497
Genesee CC: 14-312262-DP

SC: 160166
COA: 349484
Genesee CC: 14-312262-DP

   On order of the Court, the motions for immediate consideration are GRANTED. The applications for leave to appeal the August 14, 2019 orders of the Court of Appeals are considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the June 3, 2019 order of the Genesee Circuit Court denying the defendants' motions to lift the stay of discovery, we VACATE that part of the December 15, 2016 order of the circuit court staying discovery, and we REMAND this case to that court for further consideration. We DIRECT the Genesee Circuit Court to assign a different judge to preside over further proceedings in this case.

   On remand, the circuit ourt shall: (1) conduct an evidentiary hearing in open court and on the record and determine whether the plaintiff committed intrinsic fraud or fraud on the court during the proceedings under the Revocation of Paternity Act (ROPA),

MCL 722.1431 *et seq*., considering all relevant evidence that has been or may be discovered after entry of the ROPA judgment; and (2) if so, determine to what, if any, remedy the defendants are entitled. We DIRECT the circuit court to expedite its consideration and resolution of this case.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019



b1023t

Clerk